498 A.2d 374

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**SMITHKLINE BECKMAN CORPORATION.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1985.

Decided Oct. 3, 1985.

Suellen M. Wolfe, Harrisburg, for appellant.

Robert R. Batt, Bonnie S. Brier, James A. Lebovitz, Ballard, Spahr, Andrews & Ingersoll, Philadelphia, for appellee.

## ORDER

PER CURIAM:

Order affirmed.

FLAHERTY, J., did not participate in the consideration or decision of this case.